UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DELMY FRANCO ALEMAN, et al., | CASE NO. C25-163 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| DONALD J. TRUMP, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The above-entitled case is hereby transferred to the Honorable John C. Coughenour, United States Senior District Judge. The caption for this case shall hereinafter be **C25-163 JCC**. All scheduled dates will remain as set unless the parties are notified otherwise by John C. Coughenour.

\\

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed January 27, 2025.

                Ravi Subramanian
                Clerk of Court

                s/Kathleen Albert
                Deputy Clerk