THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7         UNITED STATES DISTRICT COURT
          WESTERN DISTRICT OF WASHINGTON
8                  AT SEATTLE

9   STATE OF WASHINGTON, *et al.*,          CASE NO. C25-0127-JCC

10                         Plaintiffs,       CONSOLIDATION ORDER

11          v.

12  DONALD TRUMP, *et al.*,

13                         Defendants.

14

15
    _____

16  DELMY FRANCO ALEMAN, *et al.*,          CASE NO. C25-0163-JCC

17                         Plaintiffs,

18          v.

19  DONALD TRUMP, *et al.*,

20                         Defendants.

21
    _____

22

23          This matter comes before the Court *sua sponte*. On January 20, 2025, President Trump

24  issued an executive order entitled "Protecting the Meaning and Value of American Citizensip."

25  *See* C25-0127-JCC, Dkt. No. 43 at 1. It directs agencies not to recognize the U.S. citizenship

26  rights of certain children born within the United States "30 days from the date of this order."

1    C25-0127-JCC, Dkt. No. 1 at 36.

2         Shortly thereafter, the states of Washington, Oregon, Arizona, and Illinois ("Plaintiff

3    States") filed suit in this Court, seeking to enjoin enforcement of the President's order. *See*

4    *generally id.* The Court issued a temporary restraining order enjoining implementation and

5    enforcement of President Trump's order and set a preliminary injunction hearing for February 6,

6    2025. *See* C25-0127-JCC, Dkt. Nos. 43, 44. The following day, Delmy Franco Aleman, Cherly

7    Norales Castillo, Alicia Chavarria Lopez[1] ("Individual Plaintiffs") filed suit seeking similar

8    relief as the Plaintiff States. *See* C25-0163-JCC, Dkt. No. 1. The Individual Plaintiffs also filed

9    notice pursuant to LCR 3(g) of a related case—case number C25-0127-JCC. *See* C25-0163-JCC,

10   Dkt. No. 2. As indicated in the notice, both cases "present the same questions regarding the

11   constitutionality and legality of President Trump's Executive Order." *Id.* at 2.

12        If multiple actions before the Court involve a common question of law or fact, the Court

13   may consolidate the actions. Fed. R. Civ. P. 42(a)(2). The Court has substantial discretion in

14   determining whether to do so. *See Inv'rs Research Co. v. U.S. Dist. Court for Cent. Dist. of Cal.*,

15   877 F.2d 777, 777 (9th Cir. 1989). Once a common question of law or fact is identified, the

16   Court considers factors such as the interests of justice, expeditious results, conservation of

17   resources, avoiding inconsistent results, and the potential of prejudice. *See* Wright & Miller, 9A

18   Fed. Prac. & Proc. Civ. § 2383 (3d ed.).

19        Here, both suits are brought against, ostensibly, the same defendants. *Compare* C25-

20   0127-JCC, Dkt. No. 1, *with* C25-0163-JCC, Dkt. No. 1. And while the plaintiffs and their

21   interests vary, the relief they seek turn on the same core legal issue: the constitutionality and

22   legality of President Trump's order. *Id.* Therefore, to ensure consistent results, conserve

23   resources, and avoid prejudice, the Court FINDS consolidation warranted in this instance.

24   Accordingly, it ORDERS that the following cases be consolidated: C25-0127-JCC and C25-

25

26   _____

[1] All of whom are pregnant noncitizens living in the United States with due dates more than 30
days following President Trump's order. *See* C25-0163-JCC, Dkt. No. 1 at 13–15.

1    0163-JCC. All future filings shall bear the caption and case number of the case first filed in this

2    district, *State of Washington, et al., v. Donald Trump, et al.*, C25-0127-JCC. The remaining case,

3    C25-0163-JCC, shall be CLOSED, and any case management deadlines set in that case shall be

4    VACATED.

5      In light of the temporary relief already provided to the Plaintiff States, *see* C25-0127-

6    JCC, Dkt. No. 43, and the pendency of a preliminary injunction hearing, scheduled for February

7    6, 2025, *see* C25-0127-JCC, Dkt. No. 44, the Court sets the following supplemental deadlines:

8    - The Individual Plaintiffs may supplement the Plaintiff States' anticipated motion
9      for a preliminary injunction, no later than January 29, 2025.

10   - The Individual Plaintiffs may file a supplemental reply to the Government's
11     anticipated response (due January 31, 2025) on or before February 4, 2025.

12   - The Individual Plaintiffs shall appear at the preliminary injunction hearing set for
13     10:00 a.m. on February 6, 2025.

14   - The Plaintiff States **and** the Individual Plaintiffs are ORDERED to file a
15     consolidated complaint no later than February 10, 2025.

16

17     DATED this 27th day of January 2025.

18

19

20   _____

21   John C. Coughenour
     UNITED STATES DISTRICT JUDGE

22

23

24

25

26